JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEVITT MEDICAL AESTHETICS LLC, an Oregon limited liability company; SCOTT PAUL LEVITT, an individual,<br><br>　　　　Defendants. | Case No. 8:23-cv-02329-FWS-JDE<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

1

# JUDGMENT

On October 30, 2024, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendant Levitt Medical Aesthetics LLC and Defendant Scott Paul Leavitt (together, "Defendants") (Dkt. 26).  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the total amount of **$146,998.91**, which represents the sum of $124,899.37 in compensatory damages; $15,398.55 in prejudgment interest; $6,097.99 in attorney fees; and $603.00 in costs.

Dated:  October 30, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE